IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DADRAIN DANTWONE BANKS                                            PLAINTIFF

v.                          Civil No. 6:20-cv-06134

SERGEANT MIKE McCORMICK;
LIEUTENANT SEVERNS; CORPORAL
TOSH; CORPORAL JONES; and JOHN
AND JANE DOES                                                     DEFENDANTS

## ORDER

Now before the Court is the Report and Recommendation filed February 5, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  (ECF No. 16.)  Plaintiff proceeds in this section 42 U.S.C. §1983 action *pro se* and *in forma pauperis*, and he did not sign his complaint before filing it with the Court.  Upon noticing the deficiency, Judge Bryant ordered Plaintiff to sign his Complaint and return it for filing no later than January 26, 2021 (See Order, ECF No. 15, Jan. 12, 2021.)  The deadline has come and gone, and Plaintiff has failed to comply, and his complaint remains unsigned.  Judge Bryant recommends that the Complaint be dismissed without prejudice for failure to comply with a court order.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.

Accordingly, it is hereby ORDERED that Plaintiff's Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED** this 15th day of March 2021.

.

/s/ Robert T. Dawson
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE